UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:20-CV-332-RPM |
| HARD ROCK CASINO, ET AL., | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's complaint is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 2nd day of June 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE